# UNITED STATES DISTRICT COURT
for the
____WESTERN____ District of [▼]
_____ Division

Nigel Flint
                    Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Erie County Sheriff John Garcia
Deputy Superintendent Sandra Amoia
Erie County Correctional facility
                    Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 25 CV 6488-V
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

*FILED SEP 16 2025 — MARY C. LOEWENGUTH, CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF NY*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nigel Flint ICN: 131400 |
   | Street Address | 11581 Walden AVE |
   | City and County | Alden / Erie |
   | State and Zip Code | NEW YORK / 14004 |
   | Telephone Number | 716-937-5585 |
   | E-mail Address | Not at this time |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   John Gacia Sandra Amoia individuals
   Erie County Correctional facility.

Defendant No. 1
- Name: John Garcia
- Job or Title (if known): Erie County Sheriff
- Street Address: 10 Delaware
- City and County: BUFFALO    ERIE
- State and Zip Code: NEW YORK
- Telephone Number: 716-858-1757
- E-mail Address (if known): UNKNOWN

Defendant No. 2
- Name:
- Job or Title (if known): Jail management
- Street Address: 11581 Walden Ave
- City and County: ALDEN    ERIE
- State and Zip Code: New York    14004
- Telephone Number: 716-937-5585
- E-mail Address (if known): UNKNOWN

Defendant No. 3
- Name: Sandra Amoia
- Job or Title (if known): Deputy Superintendent
- Street Address: 10 Delaware AVE
- City and County: BUFFALO    ERIE
- State and Zip Code: New York    14202
- Telephone Number: 716
- E-mail Address (if known): UNKOWN

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County: BUFFALO    ERIE
- State and Zip Code: NEW YORK
- Telephone Number: 716
- E-mail Address (if known): UNKOWN

# ERIE COUNTY CORRECTIONAL FACILITY
## 11581 Walden Avenue   Alden, NY 14004

Page #1. III. Statement of Claim: Nigel Flint

They only hand out the Bible and the Koran, no Torah when asked if I could get a Torah, I was told they do not handout religious text here, Yet every week during there services they hand out New Bibles and New Korans weekly. When I ask about seeing a Rabbi or anything for being a Jew, I am told (NO), NO Jew for you as if it was funny to say that. I am a black man, a black Jew and all the gards are white christians and act as if a black man can not be Jewish, thier are millions of black and white with everyone in between who are Jewish, One vary well known black Jewish man is Sammy Davis Jr.. When I made grievance about there racist and bias against me praticing my religion, I am told by staff "No Jew", "No Jew for you". They have said much, much worse.

#2) Erie County correctional facility, has made human right mean nothing as they violate and deprive me of them. I am forced to shower with no doors or walls female gards watch my nakedness along with other people who are housed here, I am forced to use a bathroom were anyone can watch me, there are no doors or walls bathrooms are dirty and nasty I am forced to breath unclean air with mold in the air, I am forced to forced to sleep with a bright light in my face, I am forced to eat unclean food against my religion. I am forced to live with people who have been convicted of sex crimes, I am fored to be made naked in a public place and searched by female gards who touch me unnecessarily as to humiliate me. If I do not do as I am told, I am forced into a box by many male gards, The box has almost no outside light and no movement, and I could be placed within the Box for days, weeks, and months, all of witch are human rights violations and much more.

#3. Sancta Amoia is the person who could make a change and she does nothing even after letter are sent, She punishs any one who speek up about the issuses.

on Back →

#4. John Garcia is the Sheriff of Erie county and the person whom oversee's all Jails and everything having to do with being sheriff and not only allows the Jails to be run in this way, but also allows all of these human rights violation to continue and more.

IV. Relief.

The lose of being myself. Being made a slave giving me a number for my name as if I was made to be sold and no longer human. and more.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE amount I am asking for in Relief and Damages. **60 million dollars** .For violation of rights, laws, pain, and suffering.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1 Erie County Correctional Facility, is Depriving me of my right to pratice my religion in peace or at all, I am a proud Jewish man of Color, to which I am being denyed my freedom to be Jewish, They only have 2 services for religion here Christian and moslum. PLEASE SEE ADDITIONAL PAGE #1 FOR MORE INFO.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for RELIEF and DAMAGES, in the amount of, **60 million dollars** . FOR the following, and for further RELIEF to what this court sees just and fit with in the law and the courts wisdom. [ PLEASE SEE ADDITIONAL PAGES FOR MORE INFO]. Pain, and Suffering, P.T.S.D pain of my Body, pain of my head, pain of my back, mental pain, mental stress, loss of religion and my faith taken from me, racisum, bias, being abused, not given food I can eat. Humiliation and much, much more the loss of money the loss of my health.

Page 4 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
THE following Amendments and provisions, statutes and Federal laws have been violated. 1st, 6th, 13th, 24th Human Rights treaties, Federal laws on discrimination Religion my rights to do as I wish for my religion. and more

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9- -25

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff  Nigel Flint                ICN: 131400

### B. For Attorneys

Date of signing: N/A

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

Nigel Flint   131400
11581 Walden Ave – Alden, New York 14004

legal mail   ROCHESTER NY 144

13 SEP 2025 PM 2 L

Correction

US POSTAGE (IMI) PITNEY BOWES

ZIP 14202
02 7H
0006102069   $ 000.78⁰   SEP 12 2025

ATTN: Clerk of the Court
United States Courthouse
2 Niagara Square
Buffalo New York 14202

USDC - WDNY
SEP 16 2025
BUFFALO

14202-335099